AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

**JAMES CALK**

Case No.   **6:14CR60038-001**

USM No.   **12379-010**

Matthew Hill
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    Conditions listed below    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Standard Condition #3 – Fail to Follow Instructions of USPO | 10/09/2019 |
| Two | Special Condition #2 – Fail to Comply with Mental Health Treatment | 10/09/2019 |
| Three | Mandatory Condition – Illegal Use of Controlled Substance | |
| | Standard Condition #9 – Association with Persons Engaged in Crim. Activity/Felons | 10/02/2019 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    0989

Defendant's Year of Birth:    1977

City and State of Defendant's Residence:
El Dorado, Arkansas

May 7, 2020
Date of Imposition of Judgment

Signature of Judge

Honorable Susan O. Hickey, Chief U.S. District Judge
Name and Title of Judge

May 8, 2020
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:   **JAMES CALK**
CASE NUMBER:   **6:14CR60038-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Time served. No term of supervised release to follow.**

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at _____   ☐ a.m.   ☐ p.m.   on _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL